Jonathan E. Singer (Bar No. 187908)
singer@fr.com
Geoff D. Biegler (Bar No. 290040)
biegler@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

John M. Farrell (Bar No. 99649)
farrell@fr.com
Limin Zheng (Bar No. 226875)
zheng@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063-1566
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
MYRIAD GENETICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| INVITAE CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MYRIAD GENETICS, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 13-cv-05495-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Judge**: Hon. Jon S. Tigar |

STIPULATION AND [PROPOSED] ORDER
Case No. 13-cv-05495-JST

4841-8865-2567.1

Pursuant to Local Rule 6-2, Plaintiff Invitae Corporation ("Invitae") and Defendant Myriad Genetics, Inc. ("Myriad") (together, the "Parties"), by and through counsel, hereby stipulate and respectfully ask the Court for an order extending the deadline for Myriad to file its responsive pleading to Invitae's Complaint (Dkt. No. 1) until thirty (30) days after the Judicial Panel for Multi-District Litigation (the "Panel") issues its ruling on Myriad's November 8, 2013 motion to transfer certain actions involving, among other things, patents related to the BRCA1/2 genes to the United States District Court for the District of Utah for consolidated pre-trial proceedings (the "MDL Motion").

In support of this Stipulation, Myriad and Invitae state the following:

1.  On November 26, 2013, Invitae commenced this action against Myriad seeking a declaration of invalidity and noninfringement of certain patents owned by or exclusively licensed to Myriad.

2.  Myriad's responsive pleading is currently due on December 26, 2013.

3.  Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadline (Dkt. No. 8) (the "Order"), the following additional deadlines are currently set in this action:

| Date | Event |
| --- | --- |
| February 2, 2014 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 26, 2014 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement |
| March 5, 2014 | INITIAL CASE MANAGEMENT CONFERENCE |

4.  On November 25, 2013, Myriad filed suit against Invitae in the United States District Court for the District of Utah, asserting infringement of the same patents at issue in this action (the "Utah Action"). On December 9, 2013, Invitae filed a motion to dismiss the Utah Action for lack of

personal jurisdiction.

5. Certain of the patents at issue in this action and in the Utah Action are also at issue in five other actions filed by Myriad in the United States District Court for the District of Utah and two other actions filed against Myriad (one in this District [*Counsyl, Inc. v. Myriad Genetics, Inc.*, Case No. CV-13-04391-EJD]; the other in the United States District Court for the Central District of California).

6. On November 8, 2013, Myriad filed its MDL Motion with the Panel to have the actions pending in the United States District Courts for the Northern and Central Districts of California referenced in Paragraph 5, above, transferred to the United States District Court for the District of Utah for consolidated pre-trial proceedings before The Honorable Robert Shelby, before whom the earliest Utah actions are pending.

7. On November 27, 2013 and December 4, 2013, respectively, Myriad filed notices with the Panel and this Court identifying this action as a potential tag-along action with respect to any consolidated proceedings ordered by the Panel.

8. The Panel will hear Myriad's MDL Motion at the Panel's next sitting (January 30, 2014, in New Orleans, Louisiana).

9. Because the Panel's anticipated ruling on Myriad's MDL Motion may have a substantial impact on Myriad's positions on personal jurisdiction and other issues relevant to this and the Utah Action, Myriad and Invitae stipulate and respectfully seek an order from the Court extending the deadline for Myriad's responsive pleading until thirty (30) days after the Panel issues its ruling on Myriad's MDL Motion. Myriad and Invitae are also seeking a corresponding extension of Myriad's deadline to file an opposition to Invitae's motion to dismiss in the Utah Action. Myriad has agreed not to file a motion for injunctive relief against Invitae prior to the Panel's ruling on Myriad's MDL Motion.

///

///

///

4841-8865-2567.1

10. The Parties respectfully note that any extension of the deadline for Myriad's responsive pleading is also likely to necessitate an extension of the current deadlines set by the Court's previously-referenced Order. The Parties thus propose and stipulate to the following modifications of the dates currently set in this action:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Myriad Response to Complaint | December 26, 2014 | 30 days after the Panel issues its ruling on Myriad's MDL Motion |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | February 2, 2014 | 21 days prior to the Initial Case Management Conference [to be reset by Court] |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | February 26, 2014 | 14 days prior to the Initial Case Management Conference [to be reset by Court] |
| INITIAL CASE MANAGEMENT CONFERENCE | March 5, 2014 | To be reset by Court |

11. There have been no previous time modifications in this case, either by stipulation or by Court order.

///
///
///
///
///
///
///

4
STIPULATION FOR EOT TO RESPOND TO COMPLAINT
Case No. 13-cv-05495-JST

4841-8865-2567.1

12. The Parties will immediately notify the Court of the Panel's ruling on Myriad's MDL Motion.

**IT IS SO STIPULATED.**

| Dated: December 19, 2013 | Dated: December 19, 2013 |
|---|---|
| **FISH & RICHARDSON P.C.** | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| By: */s/ Geoff D. Biegler* <br> Geoff D. Biegler (Bar No. 290040) <br> biegler@fr.com <br> 12390 El Camino Real <br> San Diego, CA 92130 <br> Telephone: (858) 678-5070 <br> Facsimile: (858) 678-5099 <br><br> **Attorneys for Defendant** <br> **MYRIAD GENETICS, INC.** | By: */s/ Colin T. Kemp* <br> Kirke M. Hasson (SBN 61446) <br> kirke.hasson@pillsburylaw.com <br> Richard L. Blaylock (SBN 212947) <br> richard.blaylock@pillsburylaw.com <br> Colin T. Kemp (SBN 215408) <br> colin.kemp@pillsburylaw.com <br> Four Embarcadero Center, 22nd Floor <br> Post Office Box 2824 <br> San Francisco, CA 94126-2824 <br> Telephone: (415) 983-1000 <br> Facsimile: (415) 983-1200 <br><br> **Attorneys for Plaintiff** <br> **INVITAE CORPORATION** |

1   **[PROPOSED] ORDER**

2   **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

3

4   Dated: December 20, 2013                         _____
                                                      Hon. Jon S. Tigar
5                                                    United States District Court Judge