UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT

2014 FEB 28  ᗡ 1: 06

DISTRICT OF UTAH

IN RE: BRCA1– AND BRCA2–BASED
HEREDITARY CANCER TEST PATENT
LITIGATION

BY:_____
        DEPUTY CLERK

MDL No. 2510

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On February 19, 2014, the Panel transferred 2 civil action(s) to the United States District Court for the District of Utah for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F,Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the District of Utah. With the consent of that court, all such actions have been assigned to the Honorable Robert J. Shelby.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Utah and assigned to Judge Shelby.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Utah for the reasons stated in the order of February 19, 2014, and, with the consent of that court, assigned to the Honorable Robert J. Shelby.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Utah. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 28, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed is a true and correct copy of a document or an electronic docket entry on file at the United States District court for the District of Utah.
# of pages_____
Date: 2/28/2014
D. MARK JONES, Clerk
By:_____
Deputy Clerk

**IN RE: BRCA1– AND BRCA2–BASED**
**HEREDITARY CANCER TEST PATENT**
**LITIGATION**                                    MDL No. 2510

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|----------|----------|-------------|------------------|

CALIFORNIA NORTHERN

| CAN | 3 | 13–05495 | Invitae Corporation v. Myriad Genetics, Inc |